AO91 (Rev. 12/03)  Criminal Complaint                                                                                       AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:16-po-03773 |

Jose Angel RIOS-Perez
IAE A205 164 228
Mexico 1981

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 30, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose Angel RIOS-Perez was encountered by Border Patrol Agents near San Manuel, Texas on August 3, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on July 30, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Ibarra, Julio  Border Patrol Agent
Signature of Complainant

Ibarra, Julio   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 05, 2016                                                  at   McAllen, Texas
Date                                                                              City/State

Dena H Palermo            United States Magistrate Judge
Name of Judge                    Title of Judge                                Signature of Judge